FISHER & PHILLIPS, LLP
JENNIFER A. FORNETTI (NBN 7644)
BRANDON A. BORN, ESQ.  (NBN 15181)
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: jfornetti@fisherphillips.com
E-Mail Address: bborn@fisherphillips.com
*Attorneys for M Con, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BIBIAN RODRIGUEZ, an individual;    )   Case No: 2:26-cv-00099-APG-EJY
                                    )
                    Plaintiff,      )
                                    )   **STIPULATION AND ORDER**
         vs.                        )   **TO EXTEND TIME TO**
                                    )   **RESPOND TO COMPLAINT**
M CON, INC. a Nevada Corporation    )
                                    )
                    Defendant.      )
                                    )

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant M Con, Inc. will have an extension of time up to and including **March 16, 2026**, in which to file a responsive pleading to Plaintiff's Complaint (ECF No. 1).  This Stipulation is submitted and based on the following:

1.    Defendant M Con, Inc. was served on January 22, 2026 (ECF No.6).

2.    Defendant M Con, Inc. recently retained counsel, who is still in the process of investigating Plaintiff's allegations.

3.    The parties have agreed to extend the deadline for Defendant M Con, Inc. to file its response to Plaintiff's Complaint **March 16, 2026**, to allow Defendant M Con, Inc. sufficient time to address the allegations within Plaintiff's Complaint.

4.    This is the first stipulation to extend the time for Defendant M Con, Inc. to respond to Plaintiff's Complaint.

- 1 -

FP 61841607.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada  89101

5.     The parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

6.     This Stipulation is made in good faith and not for the purpose of delay.

7.     Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 12th day of February, 2026.

GREENBERG GROSS, LLP

*/s/ David C. Kiebler*
_____
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
David C. Kiebler, Esq.
1980 Festival Plaza Drive
Suite 730
Las Vegas, NV 89135
*Attorneys for Plaintiff*

FISHER & PHILLIPS, LLP

_____
Jennifer A. Fornetti, Esq.
Brandon A. Born, Esq.
300 S. Fourth Street
Suite 1500
Las Vegas, Nevada 89101
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

_____
U.S. DISTRICT MAGISTRATE JUDGE

February 12, 2026
_____
DATED

- 2 -

FP 61841607.1